**FORM 8. Entry of Appearance**

**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

BASR Partnership    v. United States

No. 14-5037

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se  ☑ As counsel for: BASR Partnership and William F. Pettinati, Sr.
Name of party

I am, or the party I represent is (select one):

☐ Petitioner  ☐ Respondent  ☐ Amicus curiae  ☑ Cross Appellant
☐ Appellant  ☐ Appellee  ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant  ☐ Respondent or appellee

My address and telephone are:

Name: Thomas A. Cullinan
Law firm: Sutherland Asbill & Brennan LLP
Address: 999 Peachtree Street, NE
City, State and ZIP: Atlanta, GA  30309
Telephone: (404) 853-8075
Fax #: (404) 853-8806
E-mail address: tom.cullinan@sutherland.com

Statement to be completed by counsel only (select one):

☑ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 11/2010

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

☐ Yes  ☑ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

January 14, 2014                                 /s/ Thomas A. Cullinan
Date                                             Signature of pro se or counsel

cc: Damon W. Taaffe CM/ECF

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing Entry of Appearance with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the appellate CM/ECF system on January 14, 2014. Participants in the case who are registered CM/ECF users will be served via the appellate CM/ECF system.

/s/ Thomas A. Cullinan
Sutherland Asbill & Brennan LLP
999 Peachtree Street, NE
Atlanta, GA 30309
(404) 853-8075
(404) 853-8806 (Fax)
tom.cullinan@sutherland.com