NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**BASR PARTNERSHIP, WILLIAM F. PETTINATI, SR.,** Tax Matters Partner,
*Plaintiffs – Appellees,*

v.

**UNITED STATES,**
*Defendant – Appellant.*

---

14-5037

---

Appeal from the United States Court of Federal Claims in case no. 1:10-cv-00244-SGB Judge Susan G. Braden.

---

ON MOTION

O R D E R

Upon consideration of the Appellee, BASR Partnership, and Appellee, William F. Pettinati's

unopposed motion to extend time to file their principal brief until July 08, 2014,

　　IT IS ORDERED THAT:

　　The motion is granted.

　　　　　　　　　　　　　　　　FOR THE COURT

May 16, 2014　　　　　　　　　　/s/ Daniel E. O'Toole
　　　　　　　　　　　　　　　　Daniel E. O'Toole
　　　　　　　　　　　　　　　　Clerk of Court


cc: Tamara W. Ashford
Jacob Earl Christensen
Thomas A. Cullinan
Michael J. Haungs
Gilbert Steven Rothenberg
Damon Taaffe
Andrew M. Weiner